**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| MARTHA FELDER, | : | No. 121 EAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PENNSYLVANIA HOSPITAL, PENN | : | |
| MEDICINE, HOSPITAL OF THE | : | |
| UNIVERSITY OF PENNSYLVANIA, | : | |
| UNIVERSITY OF PENNSYLVANIA | : | |
| HEALTH SYSTEM, THE TRUSTEES OF | : | |
| THE UNIVERSITY OF PENNSYLVANIA, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.